UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES S. LONGSHORE,<br><br>                    Plaintiff,<br><br>     v.<br><br>ROBERT HERZOG, STEPHAN SINCLAIR, et. al.,<br><br>                    Defendants. | CASE NO. 16-cv-5629-BHS-JRC<br><br>ORDER ON PLAINTIFF'S MOTION FOR IN FORMA PAUPERIS STATUS OR TO APPEAL IN FORMA PAUPERIS |

    This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Before the Court is plaintiff's application for in forma pauperis status, titled on the docket as a motion for leave to appeal in forma pauperis status. Dkt. 26.

    Because plaintiff's application to proceed in forma pauperis already has been granted, the second application for such is duplicative and moot. *See* Dkt. 6; *see also* Dkt. 26. To the extent that his application could be deemed an appeal of the denial of his motion for appointment of

council, his objection to this Court's denial of his motion for appointment of counsel already has been filed and has been referred to District Court Judge Benjamin H. Settle. *See* Dkt. 15.

Therefore, plaintiff's second application to proceed in forma pauperis (*see* Dkt. 26) is denied as duplicative and moot.

## BACKGROUND

Plaintiff filed a motion for in forma pauperis status along with a proposed civil rights action on July 14, 2016. Dkt. 1, 1-1. On August 3, 2016, this Court granted plaintiff's application to proceed in forma pauperis. *See* Dkt. 6. The Court notes that on August 5, 2016, plaintiff filed an amended complaint. Dkt. 9.

On July 14, 2016, plaintiff also filed a motion for appointment of counsel. Dkt. 3. On August 10, 2016, this Court denied plaintiff's motion to appoint counsel. Dkt. 11. On August 12, 2016, plaintiff filed an "objection and motion for reconsideration to the District Court Judge of the Order denying appointment of counsel." Dkt. 15. This motion was referred to District Court Judge Benjamin H. Settle on August 12, 2016.

## DISCUSSION

Because plaintiff's application to proceed in forma pauperis (Dkt. 1) already has been granted (Dkt. 6), the second application for such is duplicative and moot (Dkt. 26). On his second application for in forma pauperis status, plaintiff wrote that the nature of his underlying cause of action was an "appeal from order denying appointment of counsel." *See* Dkt. 26, p. 1. However, to the extent that his application for in forma pauperis could be deemed an appeal of the denial of his motion for appointment of council, his objection to this Court's denial of his motion for appointment of counsel already has been filed and has been referred to District Court Judge Benjamin H. Settle. *See* Dkt. 15. Therefore, to the extent that his second application could

1  be deemed an appeal of the denial of his motion for appointment of council, this too would be

2  duplicative and moot. It is unclear what plaintiff's second application to proceed in forma

3  pauperis is intended to accomplish.

4      Therefore, plaintiff's second application to proceed in forma pauperis (*see* Dkt. 26) is

5  denied as duplicative and moot.

6  **CONCLUSION**

7      For the reasons stated, plaintiff's second application to proceed in forma pauperis (Dkt.

8  26) is denied as duplicative and moot.

9      …

10      Dated this 9th day of September, 2016.

11

12                           J. Richard Creatura

13                           United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24