1  CANDIE M. DIBBLE, WSBA #42279
2  Assistant Attorney General
   Office of the Attorney General
3  Corrections Division
   1116 West Riverside Avenue, Suite 100
4  Spokane, WA 99201-1106
   (509) 456-3123
5
6
7
                                                    Honorable Stanley A. Bastian
8
                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF WASHINGTON
10
11 CHARLES S. LONGSHORE,           NO. 4:17-cv-05003-SAB

12                   Plaintiff,    STIPULATION AND ORDER
                                   FOR DISMISSAL
13     v.

14 ROBERT HERZOG, et al.,

15                   Defendants.

16                           **STIPULATION**

17     IT IS HEREBY STIPULATED AND AGREED by and between the

18 Plaintiff, CHARLES S. LONGSHORE, appearing by and through his attorney of

19 record, CHARLES HAMILTON, III, and Defendants, CHRIS BOWMAN,

20 SCOTT BUTTICE, JOHN CAMPBELL, JAMIE DAVIS, ROBERT HERZOG,

21 DONALD HOLBROOK, RODNEY SHUMATE, and DEPARTMENT OF

22 CORRECTIONS, appearing by and through their attorneys of record, ROBERT

STIPULATION AND ORDER FOR
DISMISSAL
NO. 4:17-cv-05003-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

W. FERGUSON, Attorney General, and CANDIE M. DIBBLE, Assistant Attorney General, that the parties to this action seek dismissal of the Complaint in the above-entitled action, without prejudice, without penalties, costs and/or attorneys fees.

DATED this 14th day of December, 2017

DATED this 14th day of December, 2017

ROBERT W. FERGUSON
Attorney General

s/Candie M. Dibble
CANDIE M. DIBBLE,
WSBA #42279
Assistant Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
CandieD@atg.wa.gov

S/ Charles S. Hamilton, III
CHARLES S. HAMILTON, III
WSBA #5648
7016 35th Avenue NE
Seattle, WA 98115
(206) 623-6619
hamiltoncharlesiii@gmail.com

**ORDER**

IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, this action is dismissed and that the parties shall bear their own costs and fees

DATED this _____ day of _____, 2017.

_____
JUDGE STANLEY A. BASTIAN
United States District Court

STIPULATION AND ORDER FOR DISMISSAL
NO. 4:17-cv-05003-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123